IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

ALBERT LYNN WHIPPLE, )
 )
    Plaintiff, )
 )
v. ) CV 316-071
 )
NANCY A. BERRYHILL, Acting )
Commissioner of Social Security )
Administration, )
 )
    Defendant. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), the Court **REVERSES** the Acting Commissioner's final decision and **REMANDS** this case to the Acting Commissioner for further consideration in accordance with the Court's opinion.

SO ORDERED this 14th day of November, 2017, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE