IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

ALBERT LYNN WHIPPLE,            )
                                )
    Plaintiff,                  )
                                )
v.                              )   CV 316-071
                                )
ANDREW M. SAUL, Commissioner    )
of Social Security Administration, )
                                )
    Defendant.                  )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Plaintiff's motion for attorney's fees pursuant to 42 U.S.C. § 406(b)(1). (Doc. no. 29.)

SO ORDERED this 6th day of December, 2019, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE